PARISETTE, Appellant, v. PARISETTE, Respondent. (Superior Court of New York City, General Term. October 24, 1895.) Action by Clara Parisette against Louis Parisette. John D. Townsend, for appellant. Frederick C. Steffen, for respondent.

PER CURIAM. The denial of the motion herein by the judge at special term was based upon conclusions of fact fully supported by the affidavits. The motion was properly denied. The order appealed from should be affirmed, with $10 costs and disbursements.

PASTOR, Respondent, v. REGAN, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Juan F. Pastor against Michael Regan. No opinion. Judgment and order (30 N. Y. Supp. 657) affirmed. LEWIS, J., dissenting.

PEOPLE v. BRUDER. (Supreme Court, General Term, First Deparment. October 18, 1895.) Proceeding against Vitella Bruder. J. D. Lindsay, for the People. F. Moss, for defendant. No opinion. Judgment reversed.

PEOPLE v. CURRAN. (Supreme Court, General Term, First Department. October 18, 1895.) Proceeding against Thomas Curran. No opinion. Motion granted.

PEOPLE v. JONES et al. (Common Pleas of New York City and County, General Term. December 2, 1895.) Proceeding against Mary Jones and others. No opinion. Motion to vacate judgment on forfeited recognizance granted.

PEOPLE v. LAMB et al. (Common Pleas of New York City and County, General Term. December 2, 1895.) Proceeding against John Lamb and another. No opinion. Motion to vacate judgment on forfeited recognizance granted.

PEOPLE ex rel. COMMERCIAL MUT. INS. CO., Respondent, v. COLEMAN et al., Appellants. (Supreme Court, General Term, First Department. October 18, 1895.) Proceeding, on the relation of the Commercial Mutual Insurance Company, against Michael Coleman and others. J. M. Ward, for appellants. Esek Cowen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. FLYNN v. ROOSEVELT et al. (Supreme Court, General Term, First Department. October 18, 1895.) Proceeding, on the relation of Joseph Flynn, against Theodore Roosevelt and others. J. Mulholland, for relator. T. Farley, for defendants. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. GALE, Appellant, v. JEWETT et al., Board of Police, Respondents. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Proceeding, on the relation of Harry T. Gale, against Edgar B. Jewett and others, constituting the board of police of the city of Buffalo. No opinion. Order affirmed, without costs.

PEOPLE ex rel. LARDNER et al., Appellants, v. CARSON, Respondent. (Supreme Court, General Term, Fifth Department, March Term, 1895.) Proceeding, on the relation of John Lardner and others, against Samuel A. Carson. No opinion. Judgment (30 N. Y. Supp. 817) affirmed, with costs.

PEOPLE ex rel. LYNCH v. MARTIN et al. (Supreme Court, General Term, First Department. October 18, 1895.) Proceeding, on the relation of Thomas Lynch, against James J. Martin and others. Jesse Stearns, for relator. T. Farley, for defendants. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. ONONDAGA COUNTY SAVINGS BANK et al., Appellants, v. BUTLER, Respondent. (Supreme Court, General Term, Fourth Department. February, 1895.) Proceeding, on the relation of the Onondaga County Savings Bank and the county of Onondaga, against James Butler. No opinion. Judgment affirmed, with costs.

PERCEVAL, Respondent, v. METROPOLITAN EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Charles Perceval against the Metropolitan Elevated Railway Company. F. Allis, for appellant. N. L. Spencer, for respondent. No opinion. Judgment modified by reducing fee damage to $1,500, allowing no rental damage, and reducing allowance to $75, and affirmed as modified, without costs.

PERRY et al., Appellants, v. LEHIGH VAL. RY. CO., Respondent. (Supreme Court, General Term, Fifth Department. March, 1895.) Action by Frank D. Perry and another against the Lehigh Valley Railway Company. No opinion. Judgment (30 N. Y. Supp. 140) affirmed, with costs, with leave to plaintiffs to amend complaint within 20 days on payment of the costs of the demurrer and of this appeal.

PERRY et al., Appellants, v. LEHIGH VAL. RY CO., Respondent. (Supreme Court, General Term, Fifth Department. July, 1895.) Action by Frank D. Perry and another against the Lehigh Valley Railway Company. No opinion. Motion denied. See preceding case.

PIERCE et al., Appellants, v. DAGGETT, Respondent, et al. (Supreme Court, General Term, Fifth Department. March, 1895.) Action by George N. Pierce and others against Theodore J. E. Daggett, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.